```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/14/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT NICHOLAS ROTUNNO,

                Petitioner,

v.

LAIDLAW & COMPANY (UK) LTD,

                Respondent.

No. 21-CV-7521 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. On September 8, 2021, Petitioner filed a complaint seeking confirmation of an arbitration award. Petitioner has not yet docketed an affidavit of service.

    Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

    ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirmation by October 1, 2021. Respondent's opposition, if any, is due on November 5, 2021. Petitioners' reply, if any, is due on November 19, 2021.

    IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated:    September 14, 2021
           New York, New York

                                        Ronnie Abrams
                                        United States District Judge